### JOHN CADE *v.* THOMAS YOUNG.

#### CERTIORARI.

The authority of a person who confesses judgment for and in the name of another, should appear upon the face of the proceedings.

*Chapman* moved to reverse this judgment because it was entered upon the confession of a person not a party to the record and without any authority from the defendant to confess said judgment.

The statement made by the justice on his docket, as appeared by the transcript, was as follows: " Plaintiff filed

his state of demand, also a note of hand for the payment of money; offered Jesse C. Chew as a witness, who was affirmed and gave testimony and confessed judgment to plaintiff, on account of defendant, for twenty-five dollars and forty-six cents, and I gave judgment for twenty five dollars and forty-six cents."

BY THE COURT.—Take a reversal.

Judgment reversed.